1256

Jerome B. BANES, Petitioner–
Appellant,

v.

Michael W. MOORE, Secretary of the Florida Department of Corrections; Glades Correctional Institution, Ronald Tadlock, as Superintendent of the Glades Correctional Institution, Respondents–Appellees.

No. 99–4402.

United States Court of Appeals,
Eleventh Circuit.

July 24, 2001.

Don M. Rogers, West Palm Beach, FL, for Respondents–Appellees.

Before WILSON, FAY and COX, Circuit Judges.

BY THE COURT:

Pursuant to the order of the Supreme Court, the judgment of the district court is vacated and the matter is remanded for reconsideration in light of *Artuz v. Bennett,* 531 U.S. 4, 121 S.Ct. 361, 148 L.Ed.2d 213 (2000).

VACATED AND REMANDED.